1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| HEIDI LYNN GENTRY | Case No. 5:23-cv-04006-NC |
|---|---|
| Plaintiff, | (Hon. Magistrate Judge Nathanael Cousins) |
| v. | **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| METROPOLITAN LIFE INSURANCE COMPANY | |
| Defendant. | [Filed concurrently with Stipulation] |
| | Complaint Filed: August 8, 2023 |

**ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: March 19, 2024

HON. N
MAGIS



-1-

[PROPOSED] ORDER DISMISSING ACTION
Case No. 5:23-cv-04006-NC

# CERTIFICATE OF SERVICE

*Heidi Lynn Gentry v. Metropolitan Life Insurance Company*
Case No. 5:23-cv-04006-NC

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 10100 Santa Monica Boulevard, Suite 550, Los Angeles, CA 90067.

On **March 19, 2024** I served the document(s) entitled **[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

☑ (**BY CM/ECF SERVICE**):   I caused such document(s) to be delivered electronically via CM/ECF as noted herein. I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **March 19, 2024** at Los Angeles, California.

*/s/ Lea Borys*

Lea Borys

0974144\309296578.v1

# SERVICE LIST

*Heidi Lynn Gentry v. Metropolitan Life Insurance Company*
**Case No. 5:23-cv-04006-NC**

Scott E. Shaffman, Esq.
98 Del Monte Ave., Suite 200
Monterey, CA 93940
Tel.: (831) 333-0321
Email: sshaffman@aol.com

*Attorneys for Plaintiff Heidi Lynn Gentry*

0974144\309296578.v1